# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-611-FDW-DCK

| | |
|---|---|
| CAROLINA HOSPITALITY GROUP 2010, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>301 SOUTH MCDOWELL STREET )<br>HOLDINGS, LLC, )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Unopposed Motion For Extension Of Time To Respond To Defendant's First Set Of Interrogatories And Requests For Production Of Documents" (Document No. 16) filed June 9, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion, with modification.

Plaintiff may seek additional time to respond to these discovery requests, if necessary; however, the Court does not anticipate altering any of the existing case deadlines, including the dispositive motion deadline of July 16, 2014.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Unopposed Motion For Extension Of Time To Respond To Defendant's First Set Of Interrogatories And Requests For Production Of Documents" (Document No. 16) is **GRANTED, with modification**. Plaintiff shall respond to Defendant's discovery requests on or before **July 1, 2014**.

**SO ORDERED**.

Signed: June 11, 2014

David C. Keesler
United States Magistrate Judge