UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00611-FDW-DCK

| | |
|---|---|
| CAROLINA HOSPITALITY GROUP 2010, LLC, ) ) ) Plaintiff, ) ) vs. ) ) 301 SOUTH McDOWELL STREET ) HOLDINGS, LLC, ) ) Defendant. ) | ORDER AND NOTICE OF HEARING |

THIS MATTER is before the Court on several motions. For the reasons stated in open court following a hearing, the Court hereby DENIES without prejudice Plaintiff's Motion to Strike Statements in the Declaration of Brett Gray (Doc. No. 34). The Court GRANTS in part Defendant's Motion for Partial Summary Judgment (Doc. No. 21) as to Plaintiff's claim for unjust enrichment but DENIES this Motion with respect to all other claims. The Court DENIES Plaintiff's Motion for Summary Judgment (Doc. No. 27). Finally, the Court GRANTS Plaintiff's Motion to Supplement the Record in Support of Summary Judgment (Doc. No. 44).

TAKE NOTICE that a pretrial conference in this matter will take place on Monday, November 3, 2014 at 9:20am in Courtroom #1 of the Charles R. Jonas Building in Charlotte, North Carolina. The parties' jointly prepared pretrial submissions shall be filed no later than Monday, October 27, 2014. Jury selection is scheduled for Tuesday, November 4, 2014. Trial in this matter will begin on or after November 10, 2014.

IT IS SO ORDERED.

Signed: October 15, 2014

Frank D. Whitney
Chief United States District Judge