**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-611-FDW-DCK**

| | |
|---|---|
| CAROLINA HOSPITALITY GROUP 2010, LLC, ) ) Plaintiff, ) ) v. ) ) 301 SOUTH MCDOWELL STREET ) HOLDINGS, LLC, ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding "Defendant 301 South McDowell Street Holdings, LLC's Motion To Quash Or Modify Plaintiff's Subpoena For Production Of Documents And For Protective Order Prohibiting Production Of Documents" (Document No. 40) filed September 30, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The undersigned observes that Plaintiff filed a timely "Response To Defendant 301 South McDowell Street Holdings, LLC's Motion…" (Document No. 46) on October 17, 2014; however, Defendant failed to file a reply brief or notice of intent not to reply, as required by Local Rule 7.1 (E). The undersigned finds that a reply brief may assist the Court's decision regarding the pending motion (Document No. 40).

**IT IS, THEREFORE, ORDERED** that Defendant shall file a reply brief in support of "Defendant 301 South McDowell Street Holdings, LLC's Motion To Quash Or Modify . . . And For Protective Order Prohibiting Production Of Documents" (Document No. 40) on or before **October 30, 2014**.

**SO ORDERED**.

Signed: October 28, 2014

David C. Keesler
United States Magistrate Judge